UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YHD Foxtons, Inc.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Frank O'Connor, CMA-IT, LLC,<br>George Meringolo, and Scott Ehrlichman,<br>and John Does 1 through 10.<br><br>　　　　　　　Defendants. | CIVIL ACTION NO: 03-3470 (MLC)<br><br>**ORDER** |

The parties having advised the Court that an extension of the dates previously established for submission of expert's reports is warranted,

**IT IS** on this ___9th___ day of ___Jan___ 2004, **ORDERED** as follows:

1. The reports of the plaintiff's experts shall be submitted by January 30, 2004.

2. The reports of the defendants' experts shall be submitted by March 1, 2004.

_____
Honorable John J. Hughes

**RECEIVED**

JAN 09 2004

AT 8:30_____M
WILLIAM T. WALSH
CLERK